UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
JOSE LUIS HERNANDEZ LEONARDO et :
al., :
:
                     Plaintiffs, :    20-CV-8879 (VSB)
:
       -against- :    **ORDER**
:
REZA FAST FOOD, INC. (D/B/A CROWN :
FRIED CHICEKN) and ADEL EJTEMAI, :
:
                   Defendants. :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On November 26, 2021, in response to a joint letter from the parties, I entered an order directing the parties to inform me by December 3, 2021 as to the status of mediation in this action. (Doc. 28.) That time has passed, but the parties did not provide an update as to the status of mediation. Accordingly, it is hereby

ORDERED that the parties shall file a letter by December 10, 2021, regarding the status of mediation in this action. Failure to do so likely will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    December 6, 2021
             New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge