# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

December 9, 2021

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re:　　　Hernandez Leonardo et al v. Reza Fast Food, Inc. et al
　　　　Case No.　20-cv-08879

Your Honor:

　　　This office represents Plaintiff in the above-referenced matter. We write jointly with Defendants to advise the Court of the status of mediation in this case.

　　　The parties originally scheduled a mediation with mediator Dennis Drebsky for September 30, 2021. This session was adjourned on the request of the Defendants, as they had recently discovered pertinent documents and were working to produce them to Plaintiffs. Plaintiff's counsel has recently viewed the documents in question, which are paper records and of such quality that a scan would have been illegible were they to be transmitted digitally. The parties are now on the same page with regard to the records in question and have reached out to mediator Drebsky to reschedule the contemplated mediation in early January.

　　　The parties thank the Court for its time and attention to this matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Clela Errington*
　　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.