```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE LUIS HERNANDEZ LEONARDO et                             :
al.,                                                        :
                                                            :
                              Plaintiffs,                   :      20-CV-8879 (VSB)
                                                            :
              -against-                                     :         ORDER
                                                            :
REZA FAST FOOD, INC. (D/B/A CROWN                           :
FRIED CHICEKN) and ADEL EJTEMAI,                            :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 26, 2021, in response to a joint letter from the parties, I entered an order directing the parties to inform me by December 3, 2021 as to the status of mediation in this action. (Doc. 28.) After the parties failed to timely comply with that order, on December 6, 2021, I entered an order once again calling for a status update and informing the parties that failure to comply would likely result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). (Doc. 29.) In response to that order, the parties filed a letter on December 10, 2021. (Doc. 31.) That same day, I directed the parties to file a further update within 30 days. (Doc. 32.) That time has expired, and once again, the parties have failed to timely comply. Accordingly, it is hereby

ORDERED that the parties shall file a letter by January 28, 2022, regarding the status of mediation in this action. Failure to do so—and failure to comply with any deadline set by order in the future—likely will result in dismissal of this action under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 24, 2022
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge