# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                                Telephone: (212) 317-1200
New York, New York 10165                                                     Facsimile: (212) 317-1620

_____

January 26, 2022

**VIA ECF**
Hon. Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        Re:        Hernandez Leonardo et al v. Reza Fast Food, Inc. et al
        Case No.  20-cv-08879

Your Honor:

      This office represents Plaintiff in the above-referenced matter. We write jointly with Defendants to advise the Court of the status of mediation in this case.

      The parties participated in a mediation with mediator Dennis Drebsky on January 14th. The parties reached a settlement in principle on all issues in the above matter.

      The parties thank the Court for its time and attention to this matter.

                                                                      Respectfully Submitted,

                                                                      _/s/ Clela Errington_
                                                                      Clela A. Errington, Esq.