UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE LUIS HERNANDEZ LEONARDO et al.,:

                     Plaintiffs,   :          20-CV-8879 (VSB)

        -against-       :          **ORDER**

REZA FAST FOOD, INC. (D/B/A CROWN  :
FRIED CHICKEN) and ADEL EJTEMAI,  :

                  Defendants.  :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       In accordance with my Opinion & Order at Doc. 44, the Clerk of Court is respectfully

directed to close this case.

SO ORDERED.

  Dated:      October 13, 2023
             New York, New York

                                            Vernon S. Broderick
                                          United States District Judge